# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   NEDRANAE YVONNIE HUNT                §
                                              §   Case No.: 10-41864
                                              §
         Debtor(s)                            §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2010.

2) This case was confirmed on 12/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2011.

5) The case was converted on 02/08/2012.

6) Number of months from filing to the last payment: 14

7) Number of months case was pending: 18

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,120.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,368.00 |
| Less amount refunded to debtor | $ | 1,046.00 |
| **NET RECEIPTS** | $ | 7,322.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 397.28 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,897.28 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | 2,145.00 | 2,176.23 | 2,176.23 | 155.33 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 623.00 | 623.60 | 623.60 | 44.51 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 52.00 | 52.78 | 52.78 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 510.00 | 510.00 | 36.40 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,870.00 | 4,869.84 | 4,869.84 | 347.59 | .00 |
| SANTANDER CONSUMER U | SECURED | 20,870.00 | .00 | 20,870.00 | 1,781.13 | 812.69 |
| THE RENTAL STORE INC | SECURED | 2,276.00 | .00 | .00 | 75.00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1,088.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| AFFIFINION BENEFITS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AFFILIATED FINANCIAL | UNSECURED | 12,047.00 | NA | NA | .00 | .00 |
| ARGO COMMUNITY HIGH | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 57.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| BRADLEY FIRE DEPT | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE SERVI | UNSECURED | 655.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | 702.00 | NA | NA | .00 | .00 |
| CASH AMERICA OF ILLI | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| CENTURY EAR NOSE & T | UNSECURED | 307.00 | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL GROUP | UNSECURED | 500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
  Scheduled Creditors:

  Creditor                       Claim           Claim           Claim       Principal        Int.
   Name              Class      Scheduled       Asserted        Allowed        Paid           Paid

  COMCAST           UNSECURED    1,800.00          NA              NA            .00            .00
  COMMONWEALTH EDISON UNSECURED    895.00         895.53          895.53       63.92            .00
  COMPUCREDIT CORPORAT UNSECURED   510.00          NA              NA            .00            .00
  CREDIT MANAGEMENT IN UNSECURED 1,648.00          NA              NA            .00            .00
  MIDLAND CREDIT MANAG UNSECURED   836.00         813.66          813.66       58.08            .00
  EMP OF KANKAKEE COUN UNSECURED   342.00          NA              NA            .00            .00
  FFCC COLUMBUS INC   UNSECURED    325.00          NA              NA            .00            .00
  FIRST NATIONAL BANK OTHER           .00          NA              NA            .00            .00
  IL DEPT OF EMPL0YMEN UNSECURED 5,001.00          NA              NA            .00            .00
  KROGER CHECK RECOVER UNSECURED   190.00          NA              NA            .00            .00
  CHICAGO DEPTD OF REV OTHER          .00          NA              NA            .00            .00
  LVNV FUNDING       UNSECURED    701.00         701.50          701.50       50.07            .00
  MIDLAND CREDIT MANAG UNSECURED   792.00          NA              NA            .00            .00
  MIDWEST ANESTHESIOLO UNSECURED    92.00          NA              NA            .00            .00
  MUTL H CLCTN       UNSECURED    905.00          NA              NA            .00            .00
  NATIONAL PAYDAY LOAN UNSECURED   540.00          NA              NA            .00            .00
  NATIONAL RECOVERY AG UNSECURED   199.00          NA              NA            .00            .00
  NCO FINANCIAL      UNSECURED      .00           NA              NA            .00            .00
  NCO FINANCIAL SYSTEM UNSECURED   319.00          NA              NA            .00            .00
  NICOR GAS          UNSECURED  2,368.00          NA              NA            .00            .00
  NICOR              UNSECURED     58.00          61.80           61.80         .00            .00
  OAK LAWN FIRE DEPT  UNSECURED    630.00          NA              NA            .00            .00
  OAKLAW RADIOLOGY    UNSECURED    168.00          NA              NA            .00            .00
  PARK MANAGEMENT     UNSECURED  1,900.00          NA              NA            .00            .00
  PATHOLOGY ASSOCIATES UNSECURED   100.00          NA              NA            .00            .00
  RADIOLOGY IMAGING CO UNSECURED   754.00          NA              NA            .00            .00
  RMA                UNSECURED    266.00          NA              NA            .00            .00
  T MOBILE           UNSECURED    435.00          NA              NA            .00            .00
  TRIBUTE            UNSECURED    869.00          NA              NA            .00            .00
  US CELLULAR        UNSECURED    300.00          NA              NA            .00            .00
  ORLAND PARK POLICE D UNSECURED   100.00          NA              NA            .00            .00
  WORLDWIDE ASSET PURC UNSECURED   104.00          NA              NA            .00            .00
  WORLDWIDE ASSET PURC UNSECURED   256.00          NA              NA            .00            .00
  AMERICASH          UNSECURED  2,145.00          NA              NA            .00            .00
  ST IL TOLLWAY AUTHOR UNSECURED 1,062.00          NA              NA            .00            .00
  MIDLAND FINANCIAL LL OTHER          .00          NA              NA            .00            .00
  MCSI/RMI           UNSECURED    250.00          NA              NA            .00            .00
  MCSI/RMI           UNSECURED    185.00          NA              NA            .00            .00
  PATHOLOGY CONSULTANT UNSECURED    25.00          NA              NA            .00            .00
  UNIVERSITY OF CHICAG UNSECURED   864.00          NA              NA            .00            .00
  UNIVERSITY OF CHICAG UNSECURED   344.00          NA              NA            .00            .00
  VILLAGE OF RIVERDALE UNSECURED   250.00          NA              NA            .00            .00
  WOW CABLE SERVICES  UNSECURED    112.00          NA              NA            .00            .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 20,870.00 | 1,781.13 | 812.69 |
| All Other Secured | .00 | 75.00 | .00 |
| **TOTAL SECURED:** | 20,870.00 | 1,856.13 | 812.69 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,704.94 | 755.90 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,897.28 |
| Disbursements to Creditors | $ | 3,424.72 |
| **TOTAL DISBURSEMENTS:** | $ | 7,322.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/07/2012                    /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**